FILED
2008 Sep-22 AM 11:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA,<br><br>    Plaintiff,<br><br>vs.<br><br>TOMMY BROCK, DBA, GT SOCKS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.:<br>)<br>)    CV-07-BE-02256-M<br>)<br>)<br>) |

## JOINT STIPULATION FOR DISMISSAL

The parties have settled their claims in this action and hereby stipulate for dismissal of all claims whether by complaint, or counter-claim, with prejudice, costs taxed as paid.

**DONE**, this 22nd day of September, 2008.


_____
J. MARK HART
Attorney for Plaintiff
Bar Number: ASB-5059-A61J

Haskell Slaughter Young & Rediker, LLC
2001 Park Place North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 251-1000
FAX: (205) 324-1133
E-Mail: jmh@hsy.com

_____
JONATHAN M. WELCH
Attorney for Defendant
Bar Number: ASB-6884-J61W

Philip E. Miles, LLC
309 Broad Street, Second Floor
Gadsden, AL 35901
256-543-9777  FAX: (256) 543-9770
E-Mail: Jon_Welch@bellsouth.net